FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs                                         Case No. 3:92cr3008-007/LAC

REINALDO PEREIRA-POSO

_____

## ORDER

Your document, **Motion for Modification of an Imposed Term of Imprisonment Pursuant 18 U.S.C. § 3582(c)(2) According New U.S.S. G. Commission Crack Cocaine Retroactive Amendment**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    The document does not have an original signature or proper electronic signature.

    The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 7th day of January, 2008.

                                                              *s/L.A. Collier*
                                                               LACEY A. COLLIER
                                                               SENIOR UNITED STATES DISTRICT JUDGE