# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                CASE NO.  3:92cr3008-007LAC

REINALDO PEREIRA-POSO

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   FEBRUARY 5, 2008

Motion/Pleadings: MOTION FOR MODIFICATION OF AN IMPOSED TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. §3582(c)(2) and U.S.S.G. §1B1.1(c) BASED ON THE AMENDED SENTENCING GUIDELINE ON CRACK COCAINE EFFECTIVE NOVEMBER 1, 2007 and RETROACTIVELY APPLICABLE ON MARCH 3rd, 2008

Filed by  DEFENDANT PRO SE      on 1/31/08      Doc.# 785

RESPONSES:
GOVERNMENT                          on 2/6/08        Doc.# 786
                                    on               Doc.#

___ Stipulated    ___ Joint Pldg.
___ Unopposed     ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of February, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice.  The retroactive application does not become effective until 3 March 2008.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.